```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 04204
   RENEE JOHNSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6597


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/04/2004 and was confirmed 04/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/21/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
AMERICAN AIRLINES C U     SECURED           12225.00         2530.64       12225.00
AMERICAN AIRLINES C U     UNSECURED         10716.66            .00         1071.67
AMERICAN GENERAL FINANCE  SECURED            1500.00          120.18        1500.00
AMERICAN GENERAL FINANCE  FILED LATE          335.21            .00             .00
AMERICAN GENERAL FINANCE  SECURED NOT I         .00             .00             .00
CITIMORTGAGE              MORTGAGE ARRE         .00             .00             .00
CITIMORTGAGE              CURRENT MORTG         .00             .00             .00
AMERICAN AIRLINES C U     UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED          527.79            .00           52.78
CAPITAL ONE BANK          UNSECURED          434.04            .00           43.40
CAPITAL ONE BANK          UNSECURED          469.62            .00           46.96
CARSON PIRIE SCOTT        UNSECURED          344.70            .00           34.47
CROSS COUNTRY BANK        UNSECURED        NOT FILED           .00             .00
CROSS COUNTRY BANK        UNSECURED        NOT FILED           .00             .00
DIRECT MERCHANTS CREDIT   UNSECURED         4868.43            .00          486.84
FIRST AMERICAN BANK AND   UNSECURED        NOT FILED           .00             .00
MERRICK BANK              UNSECURED         3189.86            .00          318.99
MERRICK BANK~             NOTICE ONLY      NOT FILED           .00             .00
NEWPORT NEWS              UNSECURED        NOT FILED           .00             .00
NICOR GAS                 UNSECURED         1577.88            .00          157.79
ORCHARD BANK              UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1452.88            .00          145.29
SPRINT PCS                UNSECURED        NOT FILED           .00             .00
PINNACLE CREDIT SERVICES  UNSECURED          322.01            .00           32.20
B-LINE LLC                UNSECURED         2788.86            .00          278.89
ECAST SETTLEMENT CORP     UNSECURED          979.43            .00           97.94
ECAST SETTLEMENT CORP     UNSECURED          387.45            .00           38.75
CITIMORTGAGE              COST OF COLLE      109.44            .00          109.44
CAPITAL ONE BANK          UNSECURED          458.30            .00           45.83
INTERNAL REVENUE SERVICE  UNSECURED          650.00            .00           65.00
INTERNAL REVENUE SERVICE  PRIORITY          4797.00            .00         4797.00
JENNIFER A BLANC DOUGE    DEBTOR ATTY       3,022.50                       3,022.50

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 04204 RENEE JOHNSON
```

```
TOM VAUGHN                    TRUSTEE                                    1,586.33
DEBTOR REFUND                 REFUND                                        37.11

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       28,845.00

PRIORITY                                          4,797.00
SECURED                                          13,834.44
      INTEREST                                    2,650.82
UNSECURED                                         2,916.80
ADMINISTRATIVE                                    3,022.50
TRUSTEE COMPENSATION                              1,586.33
DEBTOR REFUND                                        37.11
                              ---------------   ---------------
TOTALS                        28,845.00          28,845.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                          /s/ Tom Vaughn
   Dated: 03/27/08                        _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE